No. 495. Benjamin N. Ford v. United States. October 16, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Nelson B. Cramer* for petitioner. No brief filed for the United States.

---

No. 512. Samuel A. Myers et al. v. International Trust Company. October 23, 1922. Petition for a writ of certiorari to the Superior Court of Suffolk County, State of Massachusetts, granted. *Mr. Edward F. McClennen* for petitioners. *Mr. John R. Lazenby* for respondent.

---

No. 513. Board of Trade of the City of Chicago et al. v. E. H. Johnson, Trustee, etc. October 23, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Henry S. Robbins* for petitioners. *Mr. Robert N. Erskine* for respondent.

---

No. 520. Webster Electric Company v. Splitdorf Electrical Company. October 23, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Herbert B. Moses* and *Mr. Wm. B. Kerkam* for petitioner. *Mr. Edward Rector* and *Mr. Eugene G. Mason* for respondent.

---

No. 532. Simon Hecht et al., Trustees, v. John F. Malley, Former Collector of Internal Revenue;

No. 533. Arthur L. Howard et al., Trustees, v. John F. Malley, Former Collector of Internal Revenue; and

No. 534. Arthur L. Howard et al., Trustees, v. Andrew J. Casey, Former Acting Collector of Internal Revenue. October 23, 1922. Petition for writs of cer-